UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH HEIKEN, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-693 |
| v. | : | (JUDGE MANNION) |
| SOUTHWESTERN ENERGY and DAVID BOWMAN, | : | |
| | : | |
| Defendants | : | |
| | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's objections to the report and recommendation of Judge Carlson **(Doc. 62)** are **OVERRULED**.

**(2)** The report and recommendation of Judge Carlson **(Doc. 61)** is **ADOPTED IN ITS ENTIRETY** as the decision of the court.

**(3)** The motion for summary judgment filed by defendant Southwestern **(Doc 37)** is **GRANTED**.

**(4)** The Clerk of Court is directed to **ENTER JUDGMENT IN FAVOR OF DEFENDANT SOUTHWESTERN AND AGAINST PLAINTIFF**.

**(5)** The cross motions for summary judgment filed by plaintiff and defendant Bowman **(Doc. 31, Doc. 34)** are **DISMISSED AS MOOT**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 18, 2021**
18-693-01-ORDER