AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Keith Heiken ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:18-cv-00693-MEM |
| Southwestern Energy, et al ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Clerk of Court is directed to ENTER JUDGMENT IN FAVOR OF DEFENDANT SOUTHWESTERN.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Malachy E Mannion

Memorandum and Order issued on March 18, 2021 (docs. 63 and 64).

Date: March 18, 2021

*CLERK OF COURT*

*/s/ K. Toth, Deputy Clerk*
*Signature of Clerk or Deputy Clerk*