UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-1734
_____

KEITH HEIKEN,

                Appellant

v.

SOUTHWESTERN ENERGY; DAVID BOWMAN

_____

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 3-18-cv-00693)
District Judge: Honorable Malachy E. Mannion

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
January 17, 2023

Before: AMBRO, PORTER, and FREEMAN, <u>Circuit Judges</u>

## **JUDGMENT**

    This cause came to be heard on the record before the United States District Court for the Middle District of Pennsylvania and was submitted under Third Circuit L.A.R. 34.1(a) on January 17, 2023.

    On consideration whereof,

    IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered March 18, 2021, is hereby affirmed. Costs taxed against the appellant.

All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: January 24, 2023